Douglas R. Hart, SBN 115673
dhart@sidley.com
Katherine A. Roberts, SBN 259486
kate.roberts@sidley.com
Lauren M. Kulpa, SBN 284247
lkulpa@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant Arthur J. Gallagher Service Company, LLC

Norman B. Blumenthal, SBN 068687
Kyle R. Nordrehaug, SBN 205975
Aparajit Bhowmik, SBN 248066
Piya Mukherjee, SBN 274217
BLUMENTHAL, NORDREHAUG & BHOWMIK
2255 Calle Clara
La Jolla, CA 92037
Telephone (858) 551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiff Sherry Dobrosky

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY DOBROSKY, an individual, on behalf of herself and on behalf of all persons similarly situated,<br><br>       Plaintiff,<br><br>vs.<br><br>ARTHUR J. GALLAGHER SERVICE COMPANY, LLC., a Delaware Limited Liability Company, and DOES 1 through 50, inclusive,<br><br>       Defendant. | Case No. EDCV 13-00646-JGB (SPx)<br><br>Assigned to: Hon. Jesus G. Bernal<br><br>**ORDER GRANTING JOINT STIPULATION TO CORRECT ORDER** |

# ORDER

The Court, having read and considered the Parties' Joint Stipulation to Correct Order, grants the Stipulation. The Order dated June 20, 2016 [Doc.No. 84] is hereby corrected to reflect that Gilardi is to receive $20,000 for administration fees from the settlement.

**IT IS SO ORDERED**

Dated: June 28, 2016

Honorable Jesus G. Bernal
United States District Judge